UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH DOWNING, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-02175-CDS-EJY <br><br> **ORDER** |

On December 30, 2022, Plaintiff filed a Civil Rights Complaint under 42 U.S.C. § 1983. ECF No. 1-1. Plaintiff did not submit a complete application to proceed *in forma pauperis* or pay the $402 filing fee. Under 28 U.S.C. § 1915(a)(2) and LSR 1-2, an inmate seeking to commence a civil action in this Court may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the $402 filing fee or pay the filing fee.

To apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court:(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that on or before **February 13, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **February 13, 2023**, will result in a recommendation to dismiss this action **without prejudice**.  A dismissal without prejudice allows

1  Plaintiff to file his case with the Court, under a new case number, when he is able to comply with
2  LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.
3      IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved
4  form application to proceed *in forma pauperis* for inmate along with the information and instructions
5  for filing the same.
6      IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1),
7  but will not file it at this time.
8      Dated this 13th day of January, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE