AARON D. FORD
Attorney General
MARAY GARAY (Bar No. 15550)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3788 (phone)
(702) 486-3773 (fax)
Email: mgaray@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH DOWNING JR., | Case No. 2:22-cv-02175-CDS-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| STATE OF NEVADA, *et.al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Joseph Downing Jr., and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Mayra Garay, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 19th day of January, 2024.

By: /s/ Joseph Downing Jr.
JOSEPH DOWNING JR.
Plaintiff

DATED this 19th day of January, 2024

AARON D. FORD
Attorney General

By: /s/ Mayra Garay
MAYRA GARAY (Bar No. 15550)
Deputy Attorney General
Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___January 30, 2024___, 2024.

_____
UNITED STATES DISTRICT JUDGE